**J. M. DUNGAN, Trustee in matter of Farmers Frozen Food Co., Appellant,**

v.

**DEPARTMENT OF AGRICULTURE, STATE OF CALIFORNIA, Appellee.**

**No. 18996.**

United States Court of Appeals
Ninth Circuit.

June 12, 1964.

Shapro, Anixter & Aronson, Raymond T. Anixter, Burlingame, Cal., Byers & Jacobs, Gilroy, Cal., James M. Conners, San Francisco, Cal., for appellant.

Stanley Mosk, Atty. Gen., of California, Donald J. Maffley, Deputy Atty. Gen., San Francisco, Cal., for appellee.

Before ORR, HAMLEY and MERRILL, Circuit Judges.

PER CURIAM:

We affirm the judgment of the trial court on the grounds and for the reasons stated in its opinion, In re Farmers Frozen Food Co., 221 F.Supp. 385 (N.D. Cal.1963).

**Charles E. METCALF, Petitioner-Appellant,**

v.

**The STATE of Illinois et al., Respondents-Appellees.**

**No. 15610.**

United States Court of Appeals
Sixth Circuit.

June 15, 1964.

Roger R. Chacksfield (Court Appointed), Cincinnati, Ohio, for appellant.

William G. Clark, Atty. Gen., of Illinois, William C. Wines and Raymond S. Sarnow, Asst. Attys. Gen., Chicago, Ill., of record, for appellees.

Before WEICK, Chief Judge, and O'SULLIVAN and EDWARDS, Circuit Judges.

ORDER.

Upon consideration of the appeal, it is ordered that the judgment of the District Court be and it is hereby affirmed.

**James SHANNON, Petitioner-Appellant,**

v.

**Gus HARRISON, Director, et al., Respondents-Appellees.**

**No. 15776.**

United States Court of Appeals
Sixth Circuit.

June 17, 1964.

David N. Gorman, Court Appointed, Cincinnati, Ohio (James Shannon, in pro. per., on the brief), for appellant.

James R. Ramsey, Lansing, Mich. (Frank J. Kelley, Atty. Gen., Robert A. Derengoski, Solicitor Gen., James R. Ramsey, Asst. Atty. Gen., Lansing, Mich.), for appellees.

Before CECIL and O'SULLIVAN, Circuit Judges, and BROOKS, District Judge.

ORDER.

This cause came on to be heard before the Court upon the record, the briefs and the oral argument of the Assistant Attorney General of the State of Michigan, and upon due consideration thereof,

It is ordered that the judgment of the District Court be, and it is, hereby affirmed.